UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed April 24, 2023, plaintiff's complaint was screened and he was given the option to proceed immediately on his cognizable claims or amend the complaint. ECF No. 9. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 12.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the April 24, 2023 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that all claims and defendants be dismissed without prejudice except for the individual capacity claims against (1) Jiminez, Gonzalez, Tuyen, Bowman, and Humphers for excessive force, assault, and battery; (2) Hood for failure to protect; (3) Bergado for deliberate indifference; and (4) Curtis for deliberate indifference and negligence.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: May 23, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE