UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>M. JIMINEZ, et al.,<br><br>Defendants. | No.  2:22-cv-1021 AC P<br><br><br>ORDER |

Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 24) is GRANTED; and

2.  Plaintiff is granted thirty days from the service of this order in which to file an amended complaint.

DATED: December 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE