UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Plaintiff has filed a second request for a thirty-day extension of time to file an amended complaint. ECF No. 26. Good cause appearing, the request for an extension of time will be granted. However, plaintiff is cautioned that no additional extensions of time will be granted absent a showing of extraordinary circumstances.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is GRANTED; and

2. Plaintiff is granted thirty days from the service of this order in which to file an amended complaint.

DATED: February 6, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE