UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. JIMINEZ, et al., <br><br> Defendants. | No. 2:22-cv-1021 TLN AC P <br><br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a request for clarification regarding the status of service on defendant Bergado in light of the ADR stay in this case. ECF No. 51.

Plaintiff is advised that after e-service was ordered, the California Department of Corrections and Rehabilitation returned a notice stating that service could not be waived on behalf of defendant Bergado. ECF No. 44. As a result, a service packet was forwarded to the United States Marshal to attempt to complete service. The ADR stay in this case does not apply to the United States Marshal's efforts to complete service, and it is not necessary for all defendants to have been served for an early settlement conference to take place, particularly when only one defendant remains unserved. In the event the United States Marshal is unable to complete service, further orders regarding service on Bergado will issue if the claims against him have not been resolved.

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification (ECF
2 No. 51) is GRANTED to the extent clarification has been provided by this order.
3 DATED: June 11, 2025

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE