UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

     Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a copy of a grievance accompanied by a proof of service that references a request for extension of time and request for appointment of counsel. ECF No. 64. However, no such motions were attached. <u>Id.</u> To the extent plaintiff is seeking an extension of time or appointment of counsel, the requests will be denied without prejudice to the filing of proper motions. A motion for an extension of time must identify what deadline plaintiff seeks to extend, how much additional time he is asking for, and why he requires the additional time. A motion for appointment of counsel must demonstrate that extraordinary circumstances exist that would warrant the appointment of counsel. Circumstances common to most prisoners, such as lack of legal education and limited law library access, will not establish the exceptional circumstances necessary to warrant appointment of counsel.

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for an extension of time and appointment of counsel (ECF No. 64) are DENIED without prejudice.

DATED: September 22, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE