UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a thirty-day extension of the October 14, 2025 deadline to serve written discovery requests. Although the motion was received after the expiration of the deadline, it appears to be timely. See Houston v. Lack, 487 U.S. 266, 276 (1988) (a prisoner's court document is deemed filed on the date the prisoner delivered the document to prison officials for mailing). Good cause appearing, the motion will be granted. The deadline for the filing of motions to compel and completion of discovery will also be extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 66) is GRANTED; and

2. The parties may conduct discovery until **January 20, 2026**. Any motions necessary to compel discovery shall be filed by **January 20, 2026**. All requests for discovery pursuant to

////

////

1

Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions) shall be served no later than **November 21, 2025**.

DATED: October 22, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE