UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a second, thirty-day extension of the deadline to serve written discovery requests. Good cause appearing, the motion will be granted. The deadline for the filing of motions to compel and completion of discovery will also be extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 69) is GRANTED; and

2. The parties may conduct discovery until **February 20, 2026**. Any motions necessary to compel discovery shall be filed by **February 20, 2026**. All requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions) shall be served no later than **December 22, 2025**.

DATED: November 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE