IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVORY LEWIS DOWNS, JR.,** | Case No. 2:22-cv-1021 TLN AC P |
| Plaintiff, | **ORDER** |
| v. | |
| **JIMINEZ, et al. ,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order and request for an extension of time to respond to Plaintiff's written discovery requests. Good cause appearing, it is hereby ordered that Defendants' motion (ECF No. 73) is GRANTED. Defendants shall have until April 1, 2026, to respond to Plaintiff's written discovery requests. The discovery deadline shall be reset to April 22, 2026, and the dispositive motion deadline shall be reset to July 15, 2026.

DATED:  March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1