UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVORY LEWIS DOWNS, JR.,

Plaintiff,

v.

M. JIMINEZ, et al.,

Defendants.

No.  2:22-cv-1021 TLN AC P

ORDER

Defendants have filed a second motion to modify the discovery and scheduling order to extend the deadline for discovery and dispositive motions.[1]  ECF No. 73.  Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants' motion to modify the discovery and scheduling order (ECF No. 76) is GRANTED;

2.  Defendants shall have until April 22, 2026, to respond to plaintiff's written discovery requests;

---

[1]  Plaintiff has filed a notice stating that defendants' first motion included another inmate's name and CDCR number on the notice of motion and that he is concerned it could be an attempt to impersonate his case.  ECF No. 75.  The court notes that while the defendants' notices of motion are both correctly captioned, the bodies of both the prior and instant notices have another inmate's name and CDCR number and indicate that they are directed to that inmate.  ECF No. 73 at 1; ECF No. 76 at 1.  While the error does not affect the proceedings in this court, defendants should ensure their filings reference the correct plaintiff in order to avoid confusion.

3.  The parties shall have until May 13, 2026, to complete discovery and file any motions to compel; and

4.  The parties shall have until August 5, 2026, to file any dispositive motions.

DATED: March 30, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE