UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No. 2:22-cv-1021 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a thirty-day extension of the deadline to file motions to compel. Defendants have also filed a motion to extend the discovery deadline by thirty days in order to take plaintiff's deposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. The motions for an extension of time (ECF Nos. 78, 79) are GRANTED; and

2. The deadline to complete discovery, including the filing of any motions to compel, is extended to June 12, 2026.

DATED: May 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE