UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., | No.  2:22-cv-1021 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| M. JIMINEZ, et al., | |
| Defendants. | |

Defendants have filed a third motion to extend the discovery deadline in order to take plaintiff's deposition, because the video conferencing network at the prison where plaintiff is housed went down the day the deposition was scheduled to take place.  ECF No. 82.  They request that both the discovery and dispositive motion deadlines be extended by twenty-one days to allow for the need to reschedule plaintiff's deposition.  Good cause appearing, the motion will be granted.  Plaintiff has also filed a motion for an extension of time.  ECF No. 81.  However, that motion is duplicative of his earlier filed motion (ECF No. 78), which has already been granted (ECF No. 80).  The motion will therefore be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1.  The plaintiff's motion for an extension of time (ECF No. 81) is DENIED as moot;

2.  Defendants' motion for an extension of time (ECF No. 82) is GRANTED;

3.  The deadline to complete discovery, including the filing of any motions to compel, is

extended to July 3, 2026;

    4.  The deadline for filing dispositive motions is extended to August 26, 2026.

DATED: June 8, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2