UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVORY LEWIS DOWNS, JR.,

    Plaintiff,

    v.

M. JIMINEZ, et al.,

    Defendants.

No.  2:22-cv-1021 TLN AC P

ORDER

Defendants have filed a fourth motion to extend the discovery deadline in order to complete plaintiff's deposition, after the start of plaintiff's June 23, 2026 deposition was delayed and plaintiff's institution imposed a hard cutoff time for the deposition.  ECF No. 84.  They request that both the discovery and dispositive motion deadlines be extended by seven days to allow for plaintiff's continued deposition to be conducted on July 7, 2026.  Id.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Defendants' motion for an extension of time (ECF No. 84) is GRANTED;

    2.  The deadline to complete discovery, including the filing of any motions to compel, is extended to July 10, 2026;

    3.  The deadline for filing dispositive motions is extended to September 2, 2026.

DATED: June 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE