UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY LEWIS DOWNS, JR., Plaintiff, v. M. JIMINEZ, et al., Defendants. | No. 2:22-cv-1021 TLN AC P<br><br>ORDER |

Before the court is defendants' motion for extension of time to respond to plaintiff's motion to compel discovery (ECF No. 86) and a fifth motion to modify the Discovery and Scheduling Order. ECF No. 87. Defendants request an extension of time until September 18, 2026, to respond to plaintiff's motion to compel and further request that the dispositive motion deadline be vacated and reset after resolution of the motion, or, in the alternative, extended. Id. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 87) is GRANTED;

2. Defendants' response to plaintiff's motion to compel (ECF No. 86) shall be filed by September 18, 2026;

////

////

////

3. The deadline for filing dispositive motions will be reset following resolution of the motion to compel.

DATED: September 4, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE